UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 10 P 4:07

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | FEBRUARY 10, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The Defendant, Pratt & Whitney, hereby requests an extension of time of two weeks, until March 2, 2004, to file a motion for summary judgment and requests that all deadlines be modified to reflect this extension of time. Thus, the Defendant requests that the Court amend the scheduling order in place to set up the following deadlines:

*1) Defendant shall file a dispositive motion by March 2, 2004.*

*2) Plaintiff shall file a brief in opposition to the dispositive motion, if any, by April 2, 2004.*

*3) Defendant shall file a reply brief, if necessary, by April 19, 2004.*

*4) If the dispositive motion is denied, the parties' Joint Trial Memorandum shall be due 30 days after the court's ruling on such motion.*

Defendant requests the extension of time for good cause. Counsel for Defendant was on trial for the second half of January, 2004. While much research has been accomplished since that time for the brief, the issues presented are novel and require more extensive research than initially contemplated. The brief extension of time will allow Defendant an opportunity to finish such research and file a motion addressing those issues accordingly.

41478219_1.DOC 073134-03120
February 10, 2004 2:58 PM

Defendant has spoken with Plaintiff's counsel regarding this request. Plaintiff's counsel has indicated that he has no objection to this motion and agrees with the dates set forth herein. This is Defendant's first request to modify the deadlines in this matter.

DEFENDANT,
PRATT & WHITNEY,

By _____
Daniel A. Schwartz (ct15823)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*daschwartz@dbh.com*
Its Attorneys

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this Tuesday, February 10, 2004, via first class mail, postage prepaid, to:

Philip L. Steele
5 Linden Place
Hartford, CT 06106

_____
Daniel A. Schwartz