UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | FEBRUARY 10, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

The Defendant, Pratt & Whitney, hereby requests an extension of time of two weeks, until March 2, 2004, to file a motion for summary judgment and requests that all deadlines be modified to reflect this extension of time. Thus, the Defendant requests that the Court amend the scheduling order in place to set up the following deadlines:

*1) Defendant shall file a dispositive motion by March 2, 2004.*

*2) Plaintiff shall file a brief in opposition to the dispositive motion, if any, by April 2, 2004.*

*3) Defendant shall file a reply brief, if necessary, by April 19, 2004.*

*4) If the dispositive motion is denied, the parties' Joint Trial Memorandum shall be due 30 days after the court's ruling on such motion.*

Defendant requests the extension of time for good cause. Counsel for Defendant was on trial for the second half of January, 2004. While much research has been accomplished since that time for the brief, the issues presented are novel and require more extensive research than initially contemplated. The brief extension of time will allow Defendant an opportunity to finish such research and file a motion addressing those issues accordingly.

GRANTED.
Alfred V. Covello, U.S.D.J.
February 12, 2004.
SO ORDERED.

41478219_1.DOC 073134-03120
February 10, 2004 2:58 PM