## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GALE NESTOR

     Plaintiff,

VS.

PRATT & WHITNEY

     Defendant.

: CIVIL ACTION NO. 3:03CV359 (AVC)
:
:
:
:
:
:
:
:
: MARCH 2, 2004

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of

Connecticut, Pratt & Whitney, a division of United Technologies Corp. ("Pratt") respectfully

moves this court for summary judgment on the grounds that the Plaintiff's single claim is barred

by the doctrine of res judicata. In 1999, the Connecticut Commission on Human Rights and

Opportunities ("CHRO") concluded that Pratt discriminated against an employee, Gale Nestor, in

violation of Connecticut law. Pratt appealed that decision to the Connecticut Superior Courts and

Appellate Courts, who both affirmed the CHRO's decision. Ms. Nestor has now filed this second

federal court action alleging gender discrimination against Pratt & Whitney to recover alleged

damages that she could have sought under Connecticut law in her first action, but that she did not

**ORAL ARGUMENT IS REQUESTED**

seek, namely, attorneys' fees, compensatory damages and punitive damages. Plaintiff's attempt to

relitigate her gender discrimination claim is not permitted by res judicata. For this reason and the

reasons explained further in the accompanying memorandum of law, the court should grant

Defendant's Motion for Summary Judgment.

DEFENDANT,
PRATT & WHITNEY,

By _____

Daniel A. Schwartz (ct15823)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*daschwartz@dbh.com*
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this Tuesday, March 02, 2004, via first class mail, postage prepaid, to:

Philip L. Steele
5 Linden Place
Hartford, CT 06106

_____
Daniel A. Schwartz

-2-