# EXHIBIT
# A



# STATE OF CONNECTICUT
*COMMISSION ON HUMAN RIGHTS AND OPPOPTUNITIES* **RECORD EXHIBIT 1**
### EASTERN REGION OFFICE
#### 100 BROADWAY, CITY HALL, NORWICH, CONNECTICUT 06360
#### Tel. (203) 886-5703    Fax : (203) 886-2550

IN REPLY :

### AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

DATE   November 5, 1992        Case No.   *9340215*

My name is Gail Nestor and I reside at 248 Bungay Hill Road, Woodstock, CT 06282.

The respondent is United Technologies, Pratt & Whitney Division, whose business address is 400 Main Street, East Hartford, CT  06118.

I was discharged on September 2, 1992, and believe that my sex, female, was in part a factor in this action.  I believe that the respondent violated the following laws:  Conn. Gen. Stat. 46a-60(a)(1) and Title VII of the Civil Rights Act of 1964, as amended, as protected by Conn. Gen. Stat. 46a-58(a).

I provide the following particulars:

1.  I am a female.

2.  Prior to my discharge, I was employed by the respondent for 19 years. Fourteen years as an inspector in Department 981.

3.  The respondent employs more than 15 persons.

4.  During the period August 1990 through April 1991, I was subjected to ongoing harassment from Benjamin Elmore.  The respondent refused to assist me in eliminating the hostile working environment by refusing my request for transfer to get out of the department and away from Benjamin Elmore. Therefore, the personality conflict and harassment was permitted to continue.

5.  On July 20, 1992, I was waiting in line to clock my work, behind the leadman.

6.  When the leadman finished, I proceeded to put by badge in the clock to begin my transaction.

7.  At this time, Benny was searching through the card rack next to the time clock.

8.  When he saw that I was going to put my work in next, he yelled, "Oh no you don't", and pushed my badge out of the clock, cancelling my transaction.

9.  At this time, Benny didn't have a card to begin his transaction and was searching through the card rack for one.  However, he refused me access to the machine to continue my transaction.

COMPLAINT AFFIDAVIT
Case No. 9340315
Page 2.

10. Benny placed himself between me and the clock preventing me from resuming my transaction. He again cancelled my transaction, at which point a verbal confrontation ensued within earshot of the foreman who was 20 feet away in his bullpen.

11. Benny refused to take his thumb off the cancel key. By this time, Benny had positioned himself behind me, physically touching me. I yelled for him to get off of me, twice. I began to kick Benny.

12. By this time, other workers had gathered and began to laugh. Benny yelled loudly, "Stop kicking me". Then the foreman responded.

13. The foreman appeared, Benny removed his thumb from the cancel key and moved to the other side of the clock.

14. The foreman then directed me to cease and desist. However, he did not address Benny until I pointed out that I was the only one being ordered to stop.

15. On July 21, 1992, at the beginning of the shift, I was informed that there would be an investigation conducted by internal affairs.

16. I was reassigned to another area.

17. However, Benny Elmore was not reassigned to a different area until near the end of the shift.

18. On September 2, 1992, as a result of the investigation, I was terminated for violating rule #3, Fighting and Roughhousing. I later learned that Benny Elmore only received a one day suspension.

19. I believe the respondent's unequal treatment of me with regards to the disciplinary action taken for this incident is discriminatory due to my sex which is female.

20. Furthermore, if the respondent had adequately addressed the previous conflict reported to internal Security in August 1990 through March 1991, by granting my transfer request, this situation would not have occurred.

COMPLAINT AFFIDAVIT
Case No. _9 3 40 315_
Page 3.

I request the Connecticut Commission on Human Rights and Opportunities to investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

Gail Nestor, being duly sworn on oath, states that she is the Complainant herein; that she has read the foregoing complaint and knows the contents thereof; that the same is true of her own knowledge, except as to the matter herein stated on information and belief and that as to these matters she believes the same to be true.

Dated at _Norwich_, Connecticut this _5th_ day of _November_,
1992.

_Gale Nestor_
Complainant's Signature

Subscribed and sworn to before me this _5th_ day of _November_,
1992.

_Sadie Smith Chapman_
Notary Public/~~Commissioner of Superior Court~~

JPH:emc