# EXHIBIT C

Document6

In the matter of the Arbitration between:

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, LOCAL 1746

- and -

PRATT & WHITNEY DIVISION, UNITED TECHNOLOGIES

---

GALE NESTOR GRIEVANCE

---

For the Union

Bruce R. Olsson, Labor Representative

For the Employer

Jane Monahan, Esquire, Manager of Labor Arbitration
Stacey Strevett, Esquire

---

### AWARD

The Company did not have just cause to discharge Gale Nestor. There was, however, just cause to impose serious discipline on Gale Nestor.

As a remedy, the Company is directed to reinstate Gale Nestor to her former position without loss of seniority but without back pay.

_____
Tim Bornstein, Arbitrator

February 5, 1993