# EXHIBIT G

**CONNECTICUT COMMISSION ON HUMAN RIGHTS & OPPORTUNITIES**

Gale Nestor : CHRO #9340215

v.

UTC : August 31, 1998

## STIPULATION

1. The parties hereby agree that if Complainant is found to have suffered any economic damages an account of her termination from employment, which Respondent disputes, the amount of those damages is Eighteen Thousand Seven Hundred Fifty and no/100ths Dollars ($18,750.00.)

2. The parties further agree that Complainant collected Six Thousand Six Hundred Twenty-four Dollars ($6,624) in unemployment compensation from the State of Connecticut on account of her termination from employment.

3. The parties further agree that if Complainant is found to have suffered economic damages an account of her termination from employment, $475.00 should be contributed directly to her savings plan with Respondent without deductions.

COMPLAINANT, GALE NESTOR

By: _____
Philip L. Steele

RESPONDENT, UTC

By: _____
Daniel Schwartz

Connecticut CHRO

AGREED TO IN PART AND CLAIM
EXCEPTION AS Attached
By: _____
Alex Simonetti

RECEIVED
SEP 0 1 1998
DAY, BERRY & HOWARD

TOTAL P.02

STATE OF CONNECTICUT

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

| | | |
|---|---|---|
| COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, ex rel. GALE NESTOR<br>Complainant | : | CHRO CASE NO 9340215 |
| V. | : | |
| UNITED TECHNOLOGIES CORP., PRATT & WHITNEY<br>Respondent | : | AUGUST 31, 1998 |

### COMMISSION'S PARTIAL AGREEMENT WITH AND EXCEPTION TO COMPLAINANT'S AND RESPONDENT'S STIPULATION ON DAMAGES

The Commission on Human Rights and Opportunities (Commission) hereby submits its limited agreement with relief identified in the Stipulation between the Complainant and the Respondent, and the Commmission submits its identification of relief requested, on behalf of the State of Connecticut, in connection with the above-captioned case.

### COMMISSION'S PARTIAL AGREEMENT WITH COMPLAINANT'S AND RESPONDENT'S STIPULATION ON DAMAGES

The Commission hereby agrees with the following damages and damage values set forth in the August 31, 1998 Stipulation on Damages between Gale Nestor (Complainant's) and United Technologies Corporation, Pratt & Whitney Aircraft's (Repondent's).

Total Lost Hourly and
Overtime Pay Compensation:             $18,750.00      (See Paragraph 1 of Stipulation)

Lost Matching Savings Plan
Contributions to be payable
into Complainant's Savings Plan:    $   475.00      (See Paragraph 3 of Stipulation)

The Commission agrees with the Complainant and Respondents stipulation that the Complainant received Unemployment Benefits, from the State of Connecticut, in the amount of $6,624. (See Paragraph 2 of Stipulation).

## COMMISSION'S EXCEPTION TO
## COMPLAINANT'S AND RESPONDENT'S STIPULATION ON DAMAGES

### Reimbursement of Unemployment Compensation to the State

The Complainant and Respondent have not indicated in Stipulation Paragraph 2 that the amount received by the Complainant in unemployment compensation from the State of Connecticut, would be claimed as a damage if the Complainant is found to have suffered economic damages on account of her termination from her employment. Instead, the Stipulation suggests that the amount claimed by the Complainant's figure for Total Backpay Compensation Loss damages will be reduced and thereby mitigated by the amount of Unemployment Compensation benefits the Complainant received from the State of Connecticut.

| | |
|---|---|
| Complainant's Total Backpay and Overtime Compensation Loss | $18,750.00 |
| **MINUS** | |
| Unemployment Compensation Received by Complainant | <$ 6,624.00> |
| **Complainant's Total Backpay and Benefit Compensation Loss** | $12,126.00 |

On behalf of the State of Connecticut and pursuant to Conn.

Gen. Stat. sections 46a-86(b) and 31-257, The State is entitled to the repayment of unemployment benefits paid to the Complainant. The Commission hereby claims the repayment to the State of Connecticut of the Unemployment Compensation paid to the Complainant ($6,624.00), when the Respondent terminated her employment.

Therefore, Commission would not oppose the reduction of the amount of the Complainant's total backpay and benefit loss ($18,750.00) by the amount of Unemployment Compensation benefits the Complainant received from the State of Connecticut ($6,624.00), if and only if the Presiding Hearing Officer orders the Respondent to directly repay to the State of Connecticut the amount of Unemployment Compensation benefits, $6,624.00 which the State of Connecticut paid to the Complainant.

### Other Relief Requested

1. The Commission will also request that the Presiding Hearing Officer order the Respondent to pay to the Complainant prejudgment interest on the awarded amount of lost compensation. The prejudgement interest rate of 10% will be requested and the accrued amounts of interest will be set forth in detail in the brief. The Respondent has not stipulated to these damages.
2. The Commission will request that the Presiding Hearing Officer order certain affirmative (non-monetary) relief to be identified in the Post Trial Brief.

                Respectfully submitted

            COMMISSION ON HUMAN RIGHTS
                  AND OPPORTUNITIES

            Philip A. Murphy, Jr.
            Commission Counsel

BY: _____
     Alix Simonetti
     Commission on Human Rights
       and Opportunities
     21 Grand Street
     Hartford, CT 06106
     Tel.: (860) 541-3430
     Fax.: (860) 246-5265

## CERTIFICATION

I hereby certify that copies of the above "Commission's Partial Agreement with and Exception to the Complainant's and Respondent's Stipulation on Damages" was sent by facsimile and prepaid U.S. First Class Mail to the following.

| | |
|---|---|
| Hon. Paul M. O'Connor, Jr.<br>Presiding Hearing Officer<br>127 Stanwich Road<br>Greenwich, CT 06830<br>**Sent by facsimile to:**<br>**(203) 861-0163** | Attorney Daniel Schwartz<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103<br>**Sent by facsimile to:**<br>**(860) 275-0343** |

Attorney Philip L. Steele
Attorney at Law
5 Linden Place
Hartford, CT 06106
**Sent by facsimile to:**
**(860) 724-5680**

Dated: August 31, 1998

_____
Alix Simonetti
Commissioner of the Superior Court

RECEIVED
SEP 0 1 1998
DAY, BERRY & HOWARD