# EXHIBIT H

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Daniel A. Schwartz
Direct Dial: (860) 275-0345
E-mail: daschwartz@dbh.com

June 13, 2003

**VIA HAND DELIVERY**

Philip L. Steele, Esq.
5 Linden Place
Hartford, CT 06106

Alix Simonetti, Esq.
Staff Attorney
Commission on Human Rights and Opportunities
21 Grand Street
Hartford, CT 06106

  Re: **Nestor v. Pratt & Whitney**, CCHRO # 9340215

Dear Phil and Alix:

  Enclosed you will find your respective checks in full and final satisfaction of the judgment rendered against Pratt & Whitney in the above-entitled matter related to claims brought by Ms. Nestor and the Connecticut Commission on Human Rights and Opportunities. This represents the amount of the judgment designated in the CHRO's order of September 21, 1999.

  Phil, you have two checks: one for $12,126 – which represents the damages as determined by the Order and one for $13,058.02, which represents the pre- and post-judgment interest. Interest has been calculated to today's date. Alix, you have one check for $6,624.00, which represents the reimbursement as described in the Order.

  We believe that payment of this judgment should close the matter. Please confirm, in writing, receipt of this amount and that this represents satisfaction of the judgment in the above-entitled matter.

Very truly yours,

*/s/ Daniel A. Schwartz*

Daniel A. Schwartz

Enclosures



**UNITED TECHNOLOGIES PRATT & WHITNEY**

# Earnings Statement

400 MAIN ST., E. HARTFORD, CT 06108

Period Ending: 06/11/2003
Pay Date: 06/11/2003

Payline: A130   Clock: 247939
Dept: PWH000276

File Number: 003713
SSN: 042521662

Gale G Nestor
P O Box 380297
East Hartford, CT 06138-0297

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.130 | | | |
| Overtime | | | | |
| Griev Settle | | | 12,126.00 | |
| Gross Pay | | | $ 12,126.00 | 38,109.13 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Tax | 3,031.50- | 7,609.64- |
| | Social Security Tax | 751.81- | 2,348.78- |
| | Medicare Tax | 175.83- | 549.31- |
| | CT Tax | 636.62- | 1,610.12- |
| | Other | | |
| Net Pay | | $ 7,530.24 | |

▼ TEAR HERE — Call Formcenter to Reorder (800) 662-3218 Check-Mate Laser Check

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

000-937/213



**UNITED TECHNOLOGIES PRATT & WHITNEY**
400 MAIN ST., E. HARTFORD, CT 06108

Payroll check number: 00100466
Period Ending: 06/11/2003
Pay Date: 06/11/2003

Pay to the order of: Gale G Nestor
This Amount: Seven Thousand Five Hundred Thirty and 24/100 Dollars          $7,530.24

Chase Manhattan
Syracuse, NY

_m a Smoola_
AUTHORIZED SIGNATURE
VOID AFTER 90 DAYS

⑈00100466⑈ ⑆021309379⑆ 601250574⑈

**Pratt & Whitney**
A United Technologies Company

UTC Shared Business Services
PO Box 766 Mail Stop 541-24
Windsor, CT 06095-0766

GALE NESTOR
405 NOANK, LEDYARD RD, APT 3
MYSTIC CT  06355

| SUPPLIER | DATE | CHECK NO. |
|---|---|---|
| 3009316 | 06/12/2003 | 01003655 |

| DATE | INVOICE NO. | PO. NO. | PO ITEM | DELIVERY NO | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 06/10/2003 | 07 3134-00310-A | | | | 13,058.92 | 0.00 | 13,058.92 |
| Total | | | | | 13,058.92 | 0.00 | 13,058.92 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND. THE BACK HAS ARTIFICIAL WATERMARK.

**Pratt & Whitney**
A United Technologies Company

UTC Shared Business Services
PO Box 766 Mail Stop 541-24
Windsor, CT 06095-0766

JPMORGAN CHASE BANK
SYRACUSE, NEW YORK

50-937
213

01003655

PAY IN USD
***THIRTEEN THOUSAND FIFTY-EIGHT  and  92/100 USD***

PAY TO THE ORDER OF
GALE NESTOR
405 NOANK, LEDYARD RD, APT 3
MYSTIC CT  06355

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 06/12/2003 | $ ******13,058.92* |



In full settlement of items listed on remittance advice.

⑉01003655⑉ ⑈021309379⑈    601 8 18180⑉