UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GALE NESTOR                                     : No. 3:03CV359(AVC)

v.                                              :

PRATT & WHITNEY                                 : March 26, 2004

## PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

1. Admit.

2. Admit that Pratt & Whitney (Pratt) terminated plaintiff September 2, 1992.

3. Admit.

4. Admit.

5. Admit.

6. Admit the CHRO made Nestor aware of options and that it could not award her compensatory damages.

7. Admit Nestor was aware that state and federal courts are not the same.

8. Admit Nestor did not pursue her claims in state or federal court in 1993. (Nestor Affidavit)

9. Deny. (Nestor Affidavit)

10. Admit the CHRO held a public hearing in June of 1998.

11. Admit.

12. Admit the hearing officer adopted 117 of the CHRO's 119 proposed findings of fact and awarded Nestor back-pay.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Deny. Pratt ignores that it first sought to appeal further and that the Connecticut Supreme Court declined to hear the case, and that it delayed further before paying Nestor. (Nestor Affidavit, ¶20)

18. Admit Nestor filed this action.

19. Admit.

20. Deny. (Plaintiff's exhibits A and B)

21. Admit.

## DISPUTED ISSUE OF MATERIAL FACT

1. How much Plaintiff should be compensated for the emotional distress she suffered.

2. How much Defendant should be punished for discriminating against Plaintiff.

PLAINTIFF, GALE NESTOR

By: _____
Philip L. Steele   ct05430
5 Linden Place
Hartford CT 06106
phone & fax: (860)724-5680
email: p.steele@snet.net

    I certify that I am this date serving copies of the above to Daniel A. Schwartz, Day, Berry & Howard, CityPlace I, Hartford CT 06103-3499.

_____
Philip L. Steele

2