#23

FILED
2004 APR 22 A 9:48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**GALE NESTOR** : No. 3:03CV359(AVC)

v. :

**PRATT & WHITNEY** : April 22, 2004

## PLAINTIFF'S MOTION TO PERMIT SUR-REPLY MEMORANDUM IN OPPOSITION TO SUMMARY JUDGMENT

Plaintiff moves the Court for permission to file a sur-reply memorandum in opposition to Summary Judgment. Plaintiff so requests in order to address legal arguments and citations raised in Defendant's Reply Memorandum. By its attorney, Daniel Schwartz, Defendant objects to this motion.

**PLAINTIFF, GALE NESTOR**

By: _____
Philip L. Steele   ct05430
5 Linden Place
Hartford CT 06106
phone & fax: (860)724-5680
email: p.steele@snet.net

I certify that I am this date serving copies of the above to Daniel A. Schwartz, Day, Berry & Howard, CityPlace I, Hartford CT 06103-3499.

_____
Philip L. Steele

April 26, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.