## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | MARCH 23, 2005 |

## **APPEARANCE**

Please enter the appearance of **ERIC L. SUSSMAN** as attorney for the defendant, Pratt & Whitney, an unincorporated division of United Technologies, in the above-entitled action.

Dated at Hartford, Connecticut this 23rd day of March, 2005.

                                                 DEFENDANT,
                                                 PRATT & WHITNEY,

                                          By_____/s/_____
                                                 Eric L. Sussman (ct19723)
                                                 Day, Berry & Howard LLP
                                                 CityPlace I
                                                 Hartford, CT 06103-3499
                                                 (860) 275-0100
                                                 (860) 275-0343 (fax)
                                                 *elsussman@dbh.com*
                                                 Its Attorneys

-2-

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this Wednesday, March 23, 2005, via first class mail, postage prepaid, to:

Philip L. Steele
5 Linden Place
Hartford, CT 06106-1744

                                                                     /s/
                                                      Eric L. Sussman