UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | MARCH 23, 2005 |

## APPEARANCE

Please enter the appearance of **ALBERT ZAKARIAN** as attorney for the defendant, Pratt & Whitney, an unincorporated division of United Technologies, in the above-entitled action.

Dated at Hartford, Connecticut this 23rd day of March, 2005.

>DEFENDANT,
>PRATT & WHITNEY,
>
>By _____/s/_____
>Albert Zakarian (ct04201)
>Day, Berry & Howard LLP
>CityPlace I
>Hartford, CT 06103-3499
>(860) 275-0100
>(860) 275-0343 (fax)
>*azakarian@dbh.com*
>Its Attorneys

-2-

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this Wednesday, March 23, 2005, via first class mail, postage prepaid, to:

Philip L. Steele
5 Linden Place
Hartford, CT 06106-1744

                                        /s/
                               Albert Zakarian