UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALE NESTOR

        V.                 CASE NO. 3:03CV00359(AVC)

PRATT & WHITNEY

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed its motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 31, 2005 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant and against the plaintiff.

Dated at Hartford, Connecticut, this 31st day of March, 2005.

                                      KEVIN F. ROWE, Clerk

                                      By:_____/s/ JW_____
                                             Jo-Ann Walker
                                             Deputy Clerk

EOD: _____