UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -4  P 2: 54
DISTRICT COURT
HARTFORD CT

**GALE NESTOR**         : No. 3:03CV359(AVC)

v.                      :

**PRATT & WHITNEY**     : April 4, 2005

### NOTICE OF APPEAL

Plaintiff appeals from the judgment entered on March 31, 2005.

**PLAINTIFF, GALE NESTOR**

By: _____
Philip L. Steele   ct05430
5 Linden Place
Hartford CT 06106
phone & fax: (860)724-5680
email: p.steele@snet.net

I certify that I am this date serving copies of the above to Albert Zakarian, Day, Berry & Howard, CityPlace I, Hartford CT 06103-3499.

_____
Philip L. Steele

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALE NESTOR

V.  CASE NO. 3:03CV00359(AVC)

PRATT & WHITNEY

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed its motion for summary judgment and the Court having considered the full record of the case, including applicable principles of law, on March 31, 2005 having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant and against the plaintiff.

Dated at Hartford, Connecticut, this 31st day of March, 2005.

KEVIN F. ROWE, Clerk

By: _____
Jo-Ann Walker
Deputy Clerk

EOD: 4/1/05