FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2005 MAY 18  A 11: 32

**GALE NESTOR**     : No. 3:03CV359(AVC)

v.     :

**PRATT & WHITNEY**    :
USCA: No. 05-1754-cv

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 02/28/03 | 1 | COMPLAINT | 1 |
| 05/12/03 | 8 | ANSWER | 2 |
| 03/02/04 | 16 | MOTION | 3 |
| 03/02/04 | 17 | MEMORANDUM | 4 |
| 03/02/04 | 18 | STATEMENT | 5 |
| 03/26/04 | 19 | MEMORANDUM | 6 |
| 03/26/04 | 20 | AFFIDAVIT | 7 |
| 03/26/04 | 21 | STATEMENT | 8 |
| 04/12/04 | 22 | MEMORANDUM | 9 |
| 04/29/04 | 25 | REPLY | 10 |
| 03/31/05 | 28 | RULING | 11 |
| 03/31/05 | 29 | JUDGMENT | 12 |
| 04/04/05 | 30 | NOTICE | 13 |