



NHCT
03-cv-359
Covello

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of October, two thousand six.

Before:      Hon. Dennis Jacobs, *Chief Judge*
             Hon. Ralph K. Winter,
             Hon. John M. Walker, Jr.,
                     *Circuit Judges*
             Judge Walker concurs only in Part 1, Part 11.A, and Part 11.B.2
             in the result.  Judge Winter concurs only in Part 1, Part 11.A,
             and Part 11.B.1.

Docket No.  05-1754-cv

---

GALE NESTOR,

    Plaintiff-Appellant,

   v.

PRATT & WHITNEY,

    Defendant-Appellee.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED in accordance with the opinion of this court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
ROSEANN B. MacKechnie, CLERK

DEPUTY CLERK

Issued as Mandate:

OCT 2 6 2006