UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| V. | : | |
| | : | |
| PRATT & WHITNEY | : | |
| | : | April 25, 2007 |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw its appearance for the Defendant.

The undersigned attorney represents that an appearance has been entered by other counsel for said party, and such party is being represented by such other counsel as of the date of this application.

By: /s/ Daniel A. Schwartz
Daniel A. Schwartz, Esq. (ct15823)
EPSTEIN BECKER & GREEN, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737 – Phone
(203) 324-9291 - Fax
daschwartz@ebglaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| V. | : | |
| | : | |
| PRATT & WHITNEY | : | |
| | : | April 25, 2007 |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/_____Daniel A. Schwartz_____
Daniel A. Schwartz [ct15823]
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
Phone: (203) 348-3737
Fax: (203) 324-9291
daschwartz@ebglaw.com