## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | APRIL 25, 2007 |

## **APPEARANCE**

Please enter the appearance of **DAVID C. SALAZAR-AUSTIN** as attorney for the defendant, Pratt & Whitney, an unincorporated division of United Technologies, in the above-entitled action.

Dated at Hartford, Connecticut this 25th day of April, 2007.

                                DEFENDANT,
                                PRATT & WHITNEY,

                                By__/s/ David C. Salazar-Austin_____
                                    David C. Salazar-Austin (ct25564)
                                    Day Pitney LLP
                                    CityPlace I
                                    Hartford, CT 06103-3499
                                    (860) 275-0100
                                    (860) 275-0343 (fax)
                                    *dcsalazaraustin@daypitney.com*
                                    Its Attorneys

-2-

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, a copy of the foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ David C. Salazar-Austin
David C. Salazar-Austin (ct25564)
Day Pitney LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
*dcsalazaraustin@daypitney.com*
Its Attorney