UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALE NESTOR, | : | CIVIL ACTION NO. |
| | : | 3:03CV359 (AVC) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PRATT & WHITNEY, | : | |
| | : | |
| Defendant. | : | MAY 24, 2007 |

## **APPEARANCE**

Please enter the appearance of **DOUGLAS W. BARTINIK** as attorney for the defendant, Pratt & Whitney, an unincorporated division of United Technologies, in the above-entitled action.

Dated at Hartford, Connecticut this 24th day of May, 2007.

>DEFENDANT,
>PRATT & WHITNEY,
>
>
>By   /s/ Douglas W. Bartinik_____
>        Douglas W. Bartinik (ct26196)
>        Day Pitney LLP
>        CityPlace I
>        Hartford, CT 06103-3499
>        (860) 275-0100
>        (860) 275-0343 (fax)
>        *dwbartinik@daypitney.com*
>        Its Attorneys

-2-

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this Thursday, May 24, 2007, via first class mail, postage prepaid, to:

Philip L. Steele
5 Linden Place
Hartford, CT 06106-1744

                                        /s/_____
                                            Douglas W. Bartinik